## Owen Cummings, Appellant, v. Arlie Floro, Administrator of Estate of William Carl Choisser, Deceased, Appellee.

opinion filed May 31, 1941. R. E. Smith and Eovaldi & Eovaldi, for appellant; Marion M. Hart, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."